

Direct Dial: 513 765-4319
Fax: 513 492-4319
jgroppe@luxotticaretail.com

January 9, 2015

**Via Certified Mail**
Greenbrier Strip Plaza Warehouse
ATTN: Owner/Manager
2925 Headland Drive
East Point, GA 30344

Re:   Counterfeiting at Greenbrier Strip Plaza Warehouse

Dear Sir/Madam:

I am litigation counsel for Luxottica Group, S.p.A. ("Luxottica"), owner of the Ray-Ban and Oakley family of trademarks and all associated intellectual property rights. This letter gives you formal notice that tenants at the Greenbrier Strip Plaza Warehouse ("Greenbrier"), located at the address listed above, which you operate and/or own, are trafficking in counterfeit merchandise by using, selling, storing and warehousing counterfeit merchandise bearing the federally registered Ray-Ban and Oakley trademarks. Specifically, on December 18, 2014, law enforcement personnel conducted a search warrant at Greenbrier and seized in excess of 1,500 counterfeit Ray-Ban and Oakley products that were being sold by tenants/vendors at Greenbrier.

As you may know, the Trademark Counterfeiting Act of 1984 (the "Lanham Act") specifically prohibits the distribution and sale, including offering for sale, of counterfeit merchandise and makes such activity punishable by a fine of up to $250,000. In addition, Luxottica can institute a civil action for trademark counterfeiting, trademark infringement and unfair competition seeking permanent injunctive relief and an award of treble damages for willful infringement, counsel fees and costs (15 U.S.C. § 1051 et seq). Under the Lanham Act, courts have held that landlords may be liable for trademark violations of their tenants if they knew or had reason to know that the trafficking of counterfeit goods was taking place. Furthermore, courts have held that willful blindness by the landlord would support a finding of liability. See Hard Rock Licensing Corp. v. Concession Services, Inc., 955 F.2d 1143 (7th Cir. 1992), Fonovisa v. Cherry Auction, Inc., No.94-15717 (9th Cir., Jan. 25, 1996), Polo Ralph Lauren Corporation et al. v. Wen Hao Tang, et al., 855 F.Supp.648 (S.D.N.Y., 1994).

Thus, if you facilitate the continuation of the aforementioned conduct by failing to prevent the ongoing criminal enterprise on your property, Luxottica intends to hold you responsible for all damages and fees incurred as a result. You, as the owner and/or operator of the premises, are responsible for the illegal use of your premises if you know that such activities are taking place. As you now have knowledge, Luxottica intends to hold you responsible for damages if you fail to take appropriate action at this location.

Luxottica is very serious about protecting its valuable intellectual property rights and trusts that you will comply with this notice and take all necessary steps to do so. To assist you in policing your flea

Greenbrier Strip Plaza Warehouse
January 9, 2015
Page 2

market and identifying counterfeit goods, I have enclosed a list of all federally registered Ray-Ban and Oakley trademarks. If, while policing your property, you see a product bearing one or more of these marks, or a mark substantially indistinguishable from a registered mark, it is a counterfeit product. Luxottica does not offer its merchandise for sale through individuals, street vendors, unauthorized retail locations, or flea markets.

In addition to ending the illegal operations being conducted at Greenbrier, please submit the following information to me by no later than January 19, 2015: 1) what efforts you will undertake to end the illegal counterfeiting activity at Greenbrier; 2) a list of the names and contact information for all vendors doing business at Greenbrier; and 3) all agreements between Greenbrier and its vendors, including all lease agreements.

If you have any questions regarding this matter, please feel free to contact me at (513) 765-4319 or by email at jgroppe@luxotticaretail.com.

Sincerely,

Jason D. Groppe
Counsel, Litigation


CC: Kimberly S. Swindall, 3137 St. Ives Country Club Pkwy, Duluth, GA 30097-2001

| Registration Number | Trademark | Good and Services |
|---|---|---|
| 650,499 | *Ray-Ban* | FOR: SUNGLASSES, SHOOTING GLASSES, AND OPHTHALMIC LENSES, IN CLASS 26. |
| 1,080,886 | RAY-BAN | FOR: OPHTHALMIC PRODUCTS AND ACCESSORIES – NAMELY, SUNGLASSES; EYEGLASSES; SPECTACLES; LENSES AND FRAMES FOR SUNGLASSES, EYEGLASSES, SPETACLES – IN CLASS 9. |
| 1,093.658 | *Ray-Ban* | FOR: OPHTHALMIC PRODUCTS AND ACCESSORIES – NAMELY, SUNGLASSES; EYEGLASSES; SPECTACLES; LENSES AND FRAMES FOR SUNGLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, EYEGLASSES, SPECTACLES – IN CLASS 9. |
| 1,320,460 | *Ray-Ban* (circular logo) | FOR: SUNGLASSES AND CARRYING CASES THEREFOR, IN CLASS 9. |
| 1,490,305 | RAY-BAN | FOR: CLOTHING, NAMELY, TSHIRTS, IN CLASS 25. |
| 1,726,955 | *Ray-Ban* | FOR: FOR: BAGS; NAMELY, TOTE, DUFFLE AND ALL PURPOSE SPORTS BAGS, IN CLASS 18. FOR: CLOTHS FOR CLEANING OPTHALMIC PRODUCTS, IN CLASS 21. FOR: CLOTHING AND HEADGEAR; NAMELY, HATS, IN CLASS 25. |
| 2,718,485 | RAY-BAN | FOR: GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, WALLETS, CARD CASES FOR BUSINESS CARDS, CALLING CARDS, NAME CARDS AND CREDIT CARDS, IN CLASS 18. FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, POLO SHIRTS; HEADGEAR, NAMELY, BERETS AND CAPS. |

| 3,522,603 |  | FOR: SUNGLASSES, EYEGLASSES, LENSES FOR EYEGLASSES, EYEGLASSES FRAMES, CASES FOR EYEGLASSES, IN CLASS 9. |
|---|---|---|

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 1,519,823 | OAKLEY | 18 Athletic bags. | January 10, 1989 | OAKLEY |
| 1,521,599 | OAKLEY | 9 Sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces. | January 24, 1989 | OAKLEY |
| 1,522,692 | OAKLEY | 25 Clothing, namely, shirts and hats. | January 31, 1989 | OAKLEY |
| 1,552,583 | OAKLEY | 9 Goggles. | August 22, 1989 | OAKLEY |
| 2,293,046 | OAKLEY | 25 Clothing, headwear and footwear and footwear, namely, sport shirts, jerseys, shirts, jackets, vests, sweatshirts, pullovers, coats, ski pants, headwear, caps, shoes, athletic footwear, all purpose sports footwear and socks. | November 16, 1999 | OAKLEY |
| 2,409,789 | OAKLEY | 14 Jewelry and time pieces, namely, watches. | December 5, 2000 | OAKLEY |
| 3,153,943 | OAKLEY | 9 Prescription eyewear, namely, sunglasses and spectacles; eyewear containing electronics devices, namely, protective eyewear, eyeglasses, sunglasses and spectacles; electronics, namely portable digital electronic devices for recording, organizing, and reviewing text, data and audio files; computer software for use in recording, organizing, and reviewing text, data and audio files on portable digital electronic devices; transmitters, receivers, speakers and parts thereof for use with cellular, | October 10, 2006 | OAKLEY |

| | | | | |
|---|---|---|---|---|
| | | wireless computer and telephone communication systems; communication devices for use on eyewear, namely earpieces, transmitters, receivers, speakers and parts thereof for use with cellular, wireless computer and telephone communication systems; wearable audio visual display, namely, protective eyewear, eyeglasses, sunglasses and spectacles containing an audio visual display; wireless telecommunications modules. | | |
| 3,771,517 | OAKLEY | 35 Retail store services and on-line retail store services featuring eyewear, replacement lenses, eyewear nosepiece kits, clothing, headwear, footwear, watches, decals, electronics devices, posters, athletic bags, handbags, backpacks and luggage. | April 6, 2010 | OAKLEY |
| 1,908,414 | OAKLEY stylized | 16 Printed material, namely decals and stickers. | August 1, 1995 | OAKLEY |

| | | | | |
|---|---|---|---|---|
| 1,980,039 | OAKLEY stylized | 9, 25  Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories clothing, headwear and footwear, namely T-shirts, sweatshirts, blouses, sweaters, sport shirts, jerseys, shorts, trousers, pants, sweatpants, ski pants, racing pants, jeans, coats, vests, jackets, swimwear, hats, visors, caps, gloves, belts, socks, sandals and shoes. | June 11, 1996 | OAKLEY |
| 1,356,297 | OAKLEY stylized | 9, 25 Goggles, sunglasses, protective pads for elbows, feet and knees. Clothing - namely t-shirts; gloves; racing pants; hats; sweatshirts; sport shirts, jackets, jeans, jerseys and ski pants, jackets, hats, gloves and socks. | August 27, 1985 | OAKLEY |
| 1,519,596 | OAKLEY stylized | 9 Sunglasses and accessories for sunglasses, namely, replacement lenses, ear stems and nose pieces. | January 10, 1989 | OAKLEY |

| | | | | |
|---|---|---|---|---|
| 3,143,623 | OAKLEY stylized | 9, 25 Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories Clothing, namely, t-shirts, beach-wear, blouses, sports shirts, jerseys, swimwear, swim trunks, shorts, underwear, shirts, pants, racing pants, ski and snowboard pants and jackets, jeans, vests, jackets, wetsuits, sweaters, pullovers, coats, sweatpants, headwear, namely, hats, caps, visors and footwear, namely wetsuit booties, shoes, sandals, athletic footwear, all purpose sports footwear, thongs and boots. | September 12, 2006 | *Oakley* |
| 1,902,660 | OAKLEY and design | 16 Printed material, namely decals and stickers. | July 4, 1995 | O OAKLEY |

| | | | | |
|---|---|---|---|---|
| 1,990,262 | OAKLEY and design | 9, 25 Protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories clothing, headwear and footwear, namely T-shirts, sweatshirts, blouses, sweaters, sport shirts, jerseys, sweatpants, ski pants, racing pants, jeans, coats, vests, jackets, hats, visors, caps | July 30, 1996 | |
| 3,496,633 | O | 25 clothing, namely, t-shirts, beach-wear, blouses, sports shirts, jerseys, swimwear, swimtrunks, shorts, underwear, shirts, pants, racing pants, ski and snowboard pants and jackets, jeans, vests, jackets, wetsuits, sweaters, pullovers, coats, sweatpants, headwear, namely, hats, caps, visors and footwear, namely, wetsuit booties, shoes, sandals, athletic footwear, all purpose sports footwear, thongs and boots. | September 2, 2008 | |
| 2,301,660 | O | 14 Jewelry and time pieces, namely, watches | December 21, 1999 | |

| | | | | |
|---|---|---|---|---|
| 3,331,124 | O | 9, 25 Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories; and protective clothing, namely, racing pants; Clothing, namely, t-shirts, beach-wear, blouses, sports shirts, jerseys, swimwear, swimtrunks, shorts, underwear, shirts, pants, ski and snowboard pants and jackets, jeans, vests, jackets, wetsuits, sweaters, pullovers, coats, sweatpants, headwear, namely, hats, caps, visors and footwear, namely wetsuit booties, shoes, sandals, athletic footwear, all purpose sports footwear, thongs and boots | November 6, 2007 | |
| 3,151,994 | O | 9 Protective eyewear, namely spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories | October 03, 2006 | |

| Reg. No. | Mark | Goods/Services | Date | Image |
|---|---|---|---|---|
| 3,771,516 | O | 35 Retail store services and on-line retail store services featuring eyewear, replacement lenses, eyewear nosepiece kits, clothing, headwear, footwear, watches, decals, electronics devices, posters, athletic bags, handbags, backpacks and luggage | April 6, 2010 | (ellipse logo) |
| 3,785,868 | O | 9 Protective eyewear, namely, spectacles, prescription eyewear, anti glare glasses and sunglasses and their parts and accessories, namely, replacement lenses, frames, earstems, and nose pieces; cases specially adapted for spectacles and sunglasses and their parts and accessories | May 4, 2010 | (faceted oval logo) |
| 2,300,245 | O | 25 clothing, namely, T-shirts, beachwear, blouses, sports shirts, jerseys, shorts, shirts, pants, racing pants, ski pants, vests, jackets, sweaters, pullovers, coats, sweatpants, sweatshirts, headwear, namely, hats, caps, and footwear, namely, shoes, athletic footwear, all purpose sports footwear | December 14, 1999 | (ellipse logo) |
| 2,207,455 | O | 18 luggage, duffle bags, athletic bags, luggage bags with rollers, wrist mounted carryall bags, tote bags, all purpose sports bags, knapsacks and backpacks | December 1, 1998 | (ellipse logo) |

| | | | | |
|---|---|---|---|---|
| 2,209,416 | O | 9, 25 Protective and/or anti-glare eyewear, namely, goggles, and their parts and accessories, namely, cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories; clothing, headwear and footwear, namely, T-shirts, hats, shorts, shirts, pants, jackets, sweatshirts, shoes, and pullovers | | |
| 1,927,106 | O | 16 printed material, namely decals and stickers | October 17, 1995 | |
| 1,984,501 | O | 9, 25 protective and/or anti-glare eyewear, namely sunglasses, goggles, spectacles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips; cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories; clothing and headwear, namely T-shirts, sweatshirts, jackets, hats, and caps | July 2, 1996 | |
| 1,904,181 | O | 9 protective and/or anti-glare eyewear, namely sunglasses, goggles and their parts and accessories, namely replacement lenses, earstems, frames, nose pieces and foam strips, cases specially adapted for protective and/or anti-glare eyewear and their parts and accessories | July 11, 1995 | |

| 3,693,071 | O | 18 Traveling bags and backpacks | October 6, 2009 | |
|---|---|---|---|---|