Declaration of Jason Groppe
Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:15-cv-01382-AT

LUXOTTICA  GROUP  S.p.A.,  an  Italian
corporation,

      Plaintiffs,

v.

GREENBRIAR  MARKETPLACE  II,  LLC,  a
Georgia  limited  liability  company,  2925
PROPERTIES, LLC, a Georgia limited liability
company  D/B/A  GREENBRIAR  DISCOUNT
MALL,  ALBERT  ASHKOUTI,  PATRICK
SWINDALL,    KIMBERLY    SWINDALL,
LAWRENCE  STERLING,  LISA  STERLING,
individually,

      Defendants.

_____/

## DECLARATION OF JASON GROPPE PURSUANT TO 28 U.S.C. § 1746

1.    My name is Jason Groppe. I am licensed to practice law in the State of Ohio, I am

over the age of 21 years, and I am fully competent to make this Declaration. The facts stated in

this Declaration are within my personal knowledge.

2.    I am in-house Counsel for Plaintiff Luxottica Group S.p.A. (hereinafter "Luxottica

Group") in the above-captioned lawsuit, and I have acted in this capacity since joining Luxottica

Group. I am also responsible, in part, for Luxottica Group's trademark and anti-counterfeiting

efforts in the United States. As a result, I am fully familiar with most aspects of the

manufacture, sale, and distribution of authentic Ray-Ban products, including accessories.

3.    Luxottica Group is an Italian corporation with its principal place of business in

Milan, Italy. Luxottica Group was founded more than fifty years ago as a family-run business in

Italy.   Since then, Luxottica Group has engaged in the manufacture, marketing and sale of premium, luxury and sports eyewear throughout the world.   Luxottica Group's proprietary brands include Ray-Ban, Oakley, Vogue Eyewear, Persol, Oliver Peoples, Alain Mikli and Arnette.

4.      Luxottica Group's Ray-Ban products are distributed and sold through its optical and sun specialty retail stores, authorized retail and department stores, and via its internet website, including www.ray-ban.com throughout the United States.

5.      Luxottica Group owns and has used a variety of federally registered trademarks in connection with the advertisement and sale of its products, including Ray-Ban.   Those trademarks are identified below (hereinafter collectively referred to as the "Ray-Ban Trademarks"):

| Registration Number | Trademark | Good and Services |
|---|---|---|
| 650,499 | Ray-Ban | FOR: SUNGLASSES, SHOOTING GLASSES, AND OPHTHALMIC LENSES, IN CLASS 26. |
| 1,080,886 | **RAY-BAN** | FOR: OPHTHALMIC PRODUCTS AND ACCESSORIES – NAMELY, SUNGLASSES; EYEGLASSES; SPECTACLES; LENSES AND FRAMES FOR SUNGLASSES, EYEGLASSES, SPETACLES – IN CLASS 9. |
| 1,093,658 | Ray-Ban | FOR: OPHTHALMIC PRODUCTS AND ACCESSORIES – NAMELY, SUNGLASSES; EYEGLASSES; SPECTACLES; LENSES AND FRAMES FOR SUNGLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, EYEGLASSES, SPECTACLES– IN CLASS 9. |
| 1,320,460 | Ray-Ban | FOR: SUNGLASSES AND CARRYING CASES THEREFOR, IN CLASS 9. |
| 1,490,305 | **RAY-BAN** | FOR: CLOTHING, NAMELY, TSHIRTS, IN CLASS 25. |

| 1,726,955 | *Ray-Ban* | FOR: FOR: BAGS; NAMELY, TOTE, DUFFLE AND ALL PURPOSE SPORTS BAGS, IN CLASS 18. FOR: CLOTHS FOR CLEANING OPTHALMIC PRODUCTS, IN CLASS 21. FOR: CLOTHING AND HEADGEAR; NAMELY, HATS, IN CLASS 25. |
|---|---|---|
| 2,718,485 | **RAY-BAN** | FOR: GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, WALLETS, CARD CASES FOR BUSINESS CARDS, CALLING CARDS, NAME CARDS AND CREDIT CARDS, IN CLASS 18. FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, POLO SHIRTS; HEADGEAR, NAMELY, BERETS AND CAPS. |
| 3,522,603 | *Ray-Ban* | FOR: SUNGLASSES, EYEGLASSES, LENSES FOR EYEGLASSES, EYEGLASSES FRAMES, CASES FOR EYEGLASSES, IN CLASS 9. |

6.     Luxottica Group has expended substantial time, money, and other resources in developing, advertising, and otherwise promoting the Ray-Ban Trademarks.  As a result, products bearing the Ray-Ban Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being high quality products sourced from Luxottica Group, and have acquired strong secondary meaning.  Ray-Ban products have also become among the most popular sunglasses in the world, with Luxottica Group's fashion, luxury and sport eyewear net global sales exceeding $9.5 billion dollars in 2013.  Luxottica Group continues to invest substantial sums in promoting its products and services offered under its brands, including the Ray-Ban Trademarks.

7.     These registrations[1] are valid, subsisting, in full force and effect, and many have become incontestable pursuant to 15 U.S.C. § 1065.  These registrations constitute prima facie evidence of their validity and conclusive evidence of Luxottica Group's exclusive right to use the

---

[11] All registrations originally held in the name of Luxottica Group's predecessor's owner of the Ray-Ban Trademarks, Bausch and Lomb were assigned in full to Luxottica Group in 1999.

Ray-Ban Trademarks in connection with the goods identified therein and other commercial goods. The registrations also provide sufficient notice to each of the Defendants in this lawsuit of Luxottica Group's ownership and exclusive rights. The Ray-Ban Trademarks qualify as famous marks, as that term is used in 15 U.S.C. § 1125 (c)(1). The Ray-Ban Trademarks at issue in this case have been continuously used and have never been abandoned. The documents attached to this Declaration as **Exhibit A,** contain true and correct copies of the registrations of the Ray-Ban Trademarks at issue in this case.

8.    For decades the Luxottica name has symbolized the highest standard in product performance, workmanship, materials and distinctive design as well as Luxottica's willingness to stand behind its product. The style and quality of Luxottica products is legendary. Counterfeit eyewear, sunglasses and accessories hurt Luxottica's reputation because Luxottica is unable to ensure the quality of the products bearing the Luxottica trademarks. Purchaser confidence is undermined where, for example, the name Ray-Ban no longer identifies a consistent level of quality.

9.    Purchasers are less likely to consider Luxottica's Ray-Ban as a prestigious brand if others can own what appears to be an authentic Luxottica product at considerably less than the price of the authentic product.   By contributing to and facilitating the promotion and sale of goods bearing Luxottica's Trademarks, Defendants have improperly capitalized on and damaged the goodwill associated with Luxottica's brand names.

10.    Over the years, Luxottica has undertaken efforts to ensure that no other entity uses, or obtains a federal trademark for a mark that is confusingly similar to the Luxottica Trademarks, including sending cease and desist letters, filing letters of protest with the Patent

and Trademark Office objecting to the registration of certain marks, and, when necessary, filing lawsuits to protect the Luxottica Trademarks.

11.    I have reviewed the photographs attached hereto as **Exhibit B**.   These photographs were produced to me by Luxottica's investigator, Geanie Johansen from Phoenix Consulting and Investigations, Inc. in connection with Luxottica's investigation of the Greenbriar Discount Mall.  Each photograph contains at least one or more items that bear counterfeits of Luxottica's Ray-Ban Trademarks.

12.    Based upon my review of the items depicted in these photographs and others, I have determined that the sunglasses are counterfeit because the Ray-Ban trademarks affixed to the sunglasses, covers and packaging are either incorrect or inconsistent with the Ray-Ban marks found on authentic Ray-Ban merchandise.

13.    Defendants in this lawsuit have no license, authority, or other permission from Luxottica Group to use any of the Ray-Ban Trademarks in connection with the advertising, promoting, distributing, selling, and/or offering for sale of any products.

14.    As demonstrated above, Defendants have been engaging in the above described illegal counterfeiting and infringing activities knowingly and intentionally or with reckless disregard or willful blindness to Luxottica Group's rights, or with bad faith, for the purpose of trading on the goodwill and reputation of the Ray-Ban Trademarks and Ray-Ban products.

15.    Defendants activities, as described above, are likely to create a false impression and deceive consumers, the public, and the trade into believing that there is a connection or association between the counterfeit products and Luxottica Group.

16.   Luxottica Group is highly likely to suffer irreparable injury to its reputation among consumers unless the Defendants' infringing activity is stopped, as well as substantial damages as a result of Defendants' activities.

17.   For decades the Ray-Ban name has symbolized the highest standard in product performance, workmanship, materials and distinctive design as well as Luxottica Group's willingness to stand behind its products. The style and quality of Ray-Ban products is legendary. Counterfeit sunglasses and accessories hurt Luxottica Group's reputation because Luxottica Group is unable to ensure the quality of the products bearing the Ray-Ban trademarks. Purchaser confidence is undermined where the name Ray-Ban no longer identifies a consistent level of quality.

18.   Purchasers are less likely to consider Ray-Ban as a prestigious brand if others can own what appears to be an authentic Ray-Ban product at considerably less than the price of the authentic product. Defendants' use of the Ray-Ban Trademarks in association with their counterfeit products improperly capitalizes on and damages the goodwill associated with the Ray-Ban name.

I declare pursuant 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 8, 2015.

JASON GROPPE

# Exhibit A

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 650,499

**United States Patent and Trademark Office**

Registered Aug. 20, 1957

10 Year Renewal

Renewal Term Begins Aug. 20, 1997

## TRADEMARK
## PRINCIPAL REGISTER

Ray·Ban

BAUSCH & LOMB INCORPORATED
(NEW YORK CORPORATION)
ONE BAUSCH & LOMB PLACE
ROCHESTER, NY 14604, BY CHANGE OF
NAME FROM BAUSCH & LOMB OPTI-
CAL COMPANY (NEW YORK CORPO-
RATION) ROCHESTER, NY

OWNER OF U.S. REG. NOS. 361,875
AND 418,054.

FOR: SUN GLASSES, SHOOTING
GLASSES, AND OPHTHALMIC LENSES,
IN CLASS 26 (INT. CL. 9).
FIRST USE 4-0-1938; IN COMMERCE
4-0-1938.

SER. NO. 72-018,292, FILED 10-29-1956.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 9, 1997.*

# United States Patent Office

650,499
Registered Aug. 20, 1957

## PRINCIPAL REGISTER
### Trademark

Ser. No. 18,292, filed Oct. 29, 1956

*Ray·Ban*

Bausch & Lomb Optical Company (New York corpora-
tion)
635 St. Paul St.
Rochester 2, N. Y.

For: SUN GLASSES, SHOOTING GLASSES, AND
OPHTHALMIC LENSES, in CLASS 26.
First use April 1938; in commerce April 1938.
Owner of Reg. Nos. 361,875 and 418,054.

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 8**

**Serial #:** 72018292     **Filing Dt:** 10/29/1956     **Reg #:** 650499     **Reg. Dt:** 08/20/1957
**Registrant:** BAUSCH & LOMB OPTICAL COMPANY
**Mark:** RAY.BAN

## Assignment: 1

**Reel/Frame:** 0075/0022     **Recorded:** 03/02/1961     **Pages:** 3

**Conveyance:** CHANGE OF NAME 19600331

**Assignor:** BAUSCH & LOMB OPTICAL COMPANY, INCORPORATED MAR. 20, 1908,     **Exec Dt:** 02/28/1961
**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Assignee:** BAUSCH & LOMB INCORPORATED     **Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** BAUSCH & LOMB INC.
PATENT DEPT.
ROCHESTER 2, NY

## Assignment: 2

**Reel/Frame:** 2035/0187     **Recorded:** 02/04/2000     **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BAUSCH & LOMB INCORPORATED     **Exec Dt:** 11/15/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Assignee:** LUXOTTICA LEASING S.P.A.     **Entity Type:** CORPORATION
VIA VALCOZZENA     **Citizenship:** ITALY
AGORDO (BELLUNO), ITALY 32021
**Correspondent:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
MICHAEL A. GROW
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

## Assignment: 3

**Reel/Frame:** 3203/0851     **Recorded:** 04/29/2005     **Pages:** 5

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** LUXOTTICA LEASING S.P.A.     **Exec Dt:** 05/10/2004
**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Assignee:** LUXOTTICA LEASING S.R.L.     **Entity Type:** LIMITED LIABILITY ITALY
VIA VALCOZZENA 10     **Citizenship:** NONE
AGORDO (BL), ITALY 32021
**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

## Assignment: 4

**Reel/Frame:** 3155/0893     **Recorded:** 04/29/2005     **Pages:** 8

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

Assignor: LUXOTTICA LEASING S.R.L.

Exec Dt: 02/28/2005
Entity Type: LIMITED LIABILITY CO
Citizenship: ITALY

Assignee: KILLER LOOP EYEWEAR S.R.L.
VIA VALCOZZENA 10
AGORDO (BL), ITALY 32021

Entity Type: LIMITED LIABILITY CO
Citizenship: ITALY

Correspondent: MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 5

Reel/Frame: 3205/0429        Recorded: 10/06/2005        Pages: 6

Conveyance: CHANGE IN LEGAL STATUS

Assignor: KILLER LOOP EYEWEAR S.R.L.

Exec Dt: 02/28/2005
Entity Type: LIMITED LIABILITY CO
Citizenship: NONE

Assignee: KILLER LOOP EYEWEAR S.P.A.
VIA VALCOZZENA 10
AGORDO (BL), ITALY 32021

Entity Type: UNKNOWN
Citizenship: NONE

Correspondent: MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 6

Reel/Frame: 3230/0499        Recorded: 01/19/2006        Pages: 11

Conveyance: MERGER

Assignor: KILLER LOOP EYEWEAR S.P.A.

Exec Dt: 09/16/2005
Entity Type: CORPORATION
Citizenship: ITALY

Assignee: LUXOTTICA S.R.L.
VIA VALCOZZENA, 10
32021 AGORDO (BL), ITALY

Entity Type: LIMITED LIABILITY COMPANY
Citizenship: ITALY

Correspondent: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

Domestic rep: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 7

Reel/Frame: 3695/0294        Recorded: 01/14/2008        Pages: 9

Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor: LUXOTTICA S.R.L.

Exec Dt: 12/20/2007
Entity Type: LIMITED LIABILITY COMPANY
Citizenship: ITALY

Assignee: LUXOTTICA GROUP S.P.A.
VIA CESARE CANTU, 2
20123 MILAN (MI), ITALY

Entity Type: CORPORATION
Citizenship: NONE

Correspondent: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

Domestic rep: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 8

**Reel/Frame:** 3972/0361      **Recorded:** 04/17/2009      **Pages:** 8

**Conveyance:** LICENSE

**Assignor:** LUXOTTICA GROUP S.P.A.      **Exec Dt:** 12/03/2008
     **Entity Type:** CORPORATION
     **Citizenship:** ITALY

**Assignee:** LUXOTTICA S.R.L.      **Entity Type:** LIMITED LIABILITY COMPANY
VIA VALCOZZENA 10      **Citizenship:** ITALY
32021 AGORDO BL, ITALY

**Correspondent:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
ARENT FOX LLP
WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
ARENT FOX LLP
WASHINGTON, DC 20036

Search Results as of: 06/19/2015 11:27 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent Office

Reg. No. 1,080,886
Registered Jan. 3, 1978

## TRADEMARK
Principal Register

## RAY-BAN

Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y.  14602

For: OPHTHALMIC PRODUCTS AND ACCES-SORIES — NAMELY, SUNGLASSES; SHOOTING GLASSES; EYEGLASSES; SPECTACLES; GOGGLES; LENSES AND FRAMES FOR SUNGLASSES, SHOOT-ING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES—in CLASS 9 (U.S. CL. 26).

First use on or about Apr. 6, 1937; in commerce on or about Apr. 6, 1937.

Owner of Reg. Nos. 361,875, 418,054 and 650,499.

Ser. No. 125,945, filed May 9, 1977.

G. DOUGLAS HOHEIN, Examiner

 United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 73125945    **Filing Dt:** 05/09/1977    **Reg #:** 1080886    **Reg. Dt:** 01/03/1978
**Registrant:** BAUSCH & LOMB INCORPORATED
**Mark:** RAY-BAN

**Assignment: 1**

**Reel/Frame:** 2035/0187    **Recorded:** 02/04/2000    **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BAUSCH & LOMB INCORPORATED    **Exec Dt:** 11/15/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Assignee:** LUXOTTICA LEASING S.P.A.    **Entity Type:** CORPORATION
VIA VALCOZZENA    **Citizenship:** ITALY
AGORDO (BELLUNO), ITALY 32021

**Correspondent:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
MICHAEL A. GROW
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

**Assignment: 2**

**Reel/Frame:** 3203/0851    **Recorded:** 04/29/2005    **Pages:** 5

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** LUXOTTICA LEASING S.P.A.    **Exec Dt:** 05/10/2004
**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Assignee:** LUXOTTICA LEASING S.R.L.    **Entity Type:** LIMITED LIABILITY ITALY
VIA VALCOZZENA 10    **Citizenship:** NONE
AGORDO (BL), ITALY 32021

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

**Assignment: 3**

**Reel/Frame:** 3155/0893    **Recorded:** 04/29/2005    **Pages:** 8

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** LUXOTTICA LEASING S.R.L.    **Exec Dt:** 02/28/2005
**Entity Type:** LIMITED LIABILITY CO
**Citizenship:** ITALY

**Assignee:** KILLER LOOP EYEWEAR S.R.L.    **Entity Type:** LIMITED LIABILITY CO
VIA VALCOZZENA 10    **Citizenship:** ITALY
AGORDO (BL), ITALY 32021

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

**Assignment: 4**

**Reel/Frame:** 3205/0429    **Recorded:** 10/06/2005    **Pages:** 6

**Conveyance:** CHANGE IN LEGAL STATUS
**Assignor:** KILLER LOOP EYEWEAR S.R.L.                    **Exec Dt:** 02/28/2005
**Entity Type:** LIMITED LIABILITY CO
**Citizenship:** NONE

**Assignee:** KILLER LOOP EYEWEAR S.P.A.                   **Entity Type:** UNKNOWN
VIA VALCOZZENA 10                                          **Citizenship:** NONE
AGORDO (BL), ITALY 32021
**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 5

**Reel/Frame:** 3230/0499          **Recorded:** 01/19/2006                    **Pages:** 11

**Conveyance:** MERGER
**Assignor:** KILLER LOOP EYEWEAR S.P.A.                   **Exec Dt:** 09/16/2005
**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Assignee:** LUXOTTICA S.R.L.                             **Entity Type:** LIMITED LIABILITY COMPANY
VIA VALCOZZENA, 10                                         **Citizenship:** ITALY
32021 AGORDO (BL), ITALY
**Correspondent:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
**Domestic rep:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 6

**Reel/Frame:** 3695/0294          **Recorded:** 01/14/2008                    **Pages:** 9

**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** LUXOTTICA S.R.L.                             **Exec Dt:** 12/20/2007
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** ITALY

**Assignee:** LUXOTTICA GROUP S.P.A.                       **Entity Type:** CORPORATION
VIA CESARE CANTU, 2                                        **Citizenship:** NONE
20123 MILAN (MI), ITALY
**Correspondent:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036
**Domestic rep:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 7

**Reel/Frame:** 3972/0361          **Recorded:** 04/17/2009                    **Pages:** 8

**Conveyance:** LICENSE
**Assignor:** LUXOTTICA GROUP S.P.A.                       **Exec Dt:** 12/03/2008
**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Assignee:** LUXOTTICA S.R.L.                             **Entity Type:** LIMITED LIABILITY COMPANY
VIA VALCOZZENA 10                                          **Citizenship:** ITALY
32021 AGORDO BL, ITALY
**Correspondent:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
ARENT FOX LLP

WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW

1050 CONNECTICUT AVENUE, NW

ARENT FOX LLP

WASHINGTON, DC 20036

Search Results as of: 06/19/2015 11:30 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web Interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,093,658

United States Patent and Trademark Office

Registered June 20, 1978

## TRADEMARK
### Principal Register



Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y.   14602

For: OPHTHALMIC PRODUCTS AND ACCESSO-
RIES—NAMELY, SUNGLASSES; SHOOTING
GLASSES; EYEGLASSES; SPECTACLES; GOGGLES;
LENSES AND FRAMES FOR SUNGLASSES, SHOOT-
ING GLASSES, EYEGLASSES, SPECTACLES AND
GOGGLES; AND CASES AND OTHER PROTECTIVE
COVERS FOR SUNGLASSES, SHOOTING GLASSES,
EYEGLASSES, SPECTACLES AND GOGGLES—in
CLASS 9 (U.S. CL. 26).

First use on or about Apr. 6, 1937; in commerce on or
about Apr. 6, 1937.

Owner of Reg. Nos. 361,875, 418,054, and 650,499.

Ser. No. 125,695, filed May 9, 1977.

 United States Patent and Trademark Office





Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 6**

**Serial #:** 73125695   **Filing Dt:** 05/09/1977   **Reg #:** 1093658   **Reg. Dt:** 06/20/1978

**Registrant:** BAUSCH & LOMB INCORPORATED

**Mark:** RAY-BAN

## Assignment: 1

**Reel/Frame:** 2035/0187   **Recorded:** 02/04/2000   **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BAUSCH & LOMB INCORPORATED

**Exec Dt:** 11/15/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

**Assignee:** LUXOTTICA LEASING S.P.A.
VIA VALCOZZENA
AGORDO (BELLUNO), ITALY 32021

**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Correspondent:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
MICHAEL A. GROW
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

## Assignment: 2

**Reel/Frame:** 3203/0851   **Recorded:** 04/29/2005   **Pages:** 5

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** LUXOTTICA LEASING S.P.A.

**Exec Dt:** 05/10/2004
**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Assignee:** LUXOTTICA LEASING S.R.L.
VIA VALCOZZENA 10
AGORDO (BL), ITALY 32021

**Entity Type:** LIMITED LIABILITY ITALY
**Citizenship:** NONE

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

## Assignment: 3

**Reel/Frame:** 3155/0893   **Recorded:** 04/29/2005   **Pages:** 8

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** LUXOTTICA LEASING S.R.L.

**Exec Dt:** 02/28/2005
**Entity Type:** LIMITED LIABILITY CO
**Citizenship:** ITALY

**Assignee:** KILLER LOOP EYEWEAR S.R.L.
VIA VALCOZZENA 10
AGORDO (BL), ITALY 32021

**Entity Type:** LIMITED LIABILITY CO
**Citizenship:** ITALY

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 4

**Reel/Frame:** 3205/0429   **Recorded:** 10/06/2005   **Pages:** 6

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** KILLER LOOP EYEWEAR S.R.L.

**Exec Dt:** 02/28/2005
**Entity Type:** LIMITED LIABILITY CO
**Citizenship:** NONE

**Assignee:** KILLER LOOP EYEWEAR S.P.A.
VIA VALCOZZENA 10
AGORDO (BL), ITALY 32021

**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 5

**Reel/Frame:** 3230/0499          **Recorded:** 01/19/2006          **Pages:** 11

**Conveyance:** MERGER

**Assignor:** KILLER LOOP EYEWEAR S.P.A.

**Exec Dt:** 09/16/2005
**Entity Type:** CORPORATION
**Citizenship:** ITALY

**Assignee:** LUXOTTICA S.R.L.
VIA VALCOZZENA, 10
32021 AGORDO (BL), ITALY

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** ITALY

**Correspondent:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 6

**Reel/Frame:** 3695/0294          **Recorded:** 01/14/2008          **Pages:** 9

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** LUXOTTICA S.R.L.

**Exec Dt:** 12/20/2007
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** ITALY

**Assignee:** LUXOTTICA GROUP S.P.A.
VIA CESARE CANTU, 2
20123 MILAN (MI), ITALY

**Entity Type:** CORPORATION
**Citizenship:** NONE

**Correspondent:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

Search Results as of: 06/19/2015 11:29 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,320,460
Registered Feb. 19, 1985

### TRADEMARK
### Principal Register



Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y. 14692

For: SUNGLASSES AND CARRYING CASES THEREFOR, in CLASS 9 (U.S. Cl. 26).
First use Jun. 1971; in commerce Jun. 1971.
Owner of U.S. Reg. Nos. 361,875, 418,054, 650,499, 1,080,886 and 1,093,658.

Ser. No. 468,836, filed Mar. 5, 1984.

JAMES H. JOHNSON, Examining Attorney

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 7**

**Serial #:** 73468836   **Filing Dt:** 03/05/1984   **Reg #:** 1320460   **Reg. Dt:** 02/19/1985
**Registrant:** Bausch & Lomb Incorporated
**Mark:** RAY-BAN

## Assignment: 1

**Reel/Frame:** 2035/0187   **Recorded:** 02/04/2000   **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BAUSCH & LOMB INCORPORATED   **Exec Dt:** 11/15/1999
  **Entity Type:** CORPORATION
  **Citizenship:** NEW YORK

**Assignee:** LUXOTTICA LEASING S.P.A.   **Entity Type:** CORPORATION
VIA VALCOZZENA   **Citizenship:** ITALY
AGORDO (BELLUNO), ITALY 32021

**Correspondent:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
MICHAEL A. GROW
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

## Assignment: 2

**Reel/Frame:** 3203/0851   **Recorded:** 04/29/2005   **Pages:** 5

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** LUXOTTICA LEASING S.P.A.   **Exec Dt:** 05/10/2004
  **Entity Type:** CORPORATION
  **Citizenship:** ITALY

**Assignee:** LUXOTTICA LEASING S.R.L.   **Entity Type:** LIMITED LIABILITY ITALY
VIA VALCOZZENA 10   **Citizenship:** NONE
AGORDO (BL), ITALY 32021

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

## Assignment: 3

**Reel/Frame:** 3155/0893   **Recorded:** 04/29/2005   **Pages:** 8

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** LUXOTTICA LEASING S.R.L.   **Exec Dt:** 02/28/2005
  **Entity Type:** LIMITED LIABILITY CO
  **Citizenship:** ITALY

**Assignee:** KILLER LOOP EYEWEAR S.R.L.   **Entity Type:** LIMITED LIABILITY CO
VIA VALCOZZENA 10   **Citizenship:** ITALY
AGORDO (BL), ITALY 32021

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 4

**Reel/Frame:** 3205/0429   **Recorded:** 10/06/2005   **Pages:** 6

Conveyance: CHANGE IN LEGAL STATUS

Assignor: KILLER LOOP EYEWEAR S.R.L.
                                      Exec Dt: 02/28/2005
Entity Type: LIMITED LIABILITY CO
Citizenship: NONE

Assignee: KILLER LOOP EYEWEAR S.P.A.
VIA VALCOZZENA 10
AGORDO (BL), ITALY 32021
Entity Type: UNKNOWN
Citizenship: NONE

Correspondent: MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 5

Reel/Frame: 3230/0499　　　　Recorded: 01/19/2006　　　　　　Pages: 11

Conveyance: MERGER

Assignor: KILLER LOOP EYEWEAR S.P.A.
Exec Dt: 09/16/2005
Entity Type: CORPORATION
Citizenship: ITALY

Assignee: LUXOTTICA S.R.L.
VIA VALCOZZENA, 10
32021 AGORDO (BL), ITALY
Entity Type: LIMITED LIABILITY COMPANY
Citizenship: ITALY

Correspondent: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

Domestic rep: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 6

Reel/Frame: 3695/0294　　　　Recorded: 01/14/2008　　　　　　Pages: 9

Conveyance: ASSIGNS THE ENTIRE INTEREST

Assignor: LUXOTTICA S.R.L.
Exec Dt: 12/20/2007
Entity Type: LIMITED LIABILITY COMPANY
Citizenship: ITALY

Assignee: LUXOTTICA GROUP S.P.A.
VIA CESARE CANTU, 2
20123 MILAN (MI), ITALY
Entity Type: CORPORATION
Citizenship: NONE

Correspondent: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

Domestic rep: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 7

Reel/Frame: 3972/0361　　　　Recorded: 04/17/2009　　　　　　Pages: 8

Conveyance: LICENSE

Assignor: LUXOTTICA GROUP S.P.A.
Exec Dt: 12/03/2008
Entity Type: CORPORATION
Citizenship: ITALY

Assignee: LUXOTTICA S.R.L.
VIA VALCOZZENA 10
32021 AGORDO BL, ITALY
Entity Type: LIMITED LIABILITY COMPANY
Citizenship: ITALY

Correspondent: MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
ARENT FOX LLP

WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW
1050 CONNECTICUT AVENUE, NW
ARENT FOX LLP
WASHINGTON, DC 20036

Search Results as of: 06/19/2015 11:29 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cls.: 5, 6, 8, 9, 11, 16, 18, 21, 25 and 28

Prior U.S. Cls.: 2, 3, 13, 18, 21, 22, 23, 25, 26,
   29, 37 and 39

Reg. No. 1,726,955

## United States Patent and Trademark Office    Registered Oct. 27, 1992

### TRADEMARK
### PRINCIPAL REGISTER



BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
ONE LINCOLN FIRST SQUARE
ROCHESTER, NY 14604

FOR: MEDICATED LIP BALM, IN CLASS 5 (U.S. CL. 18).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 13 AND 25).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: HAND HELD TOOLS; NAMELY, SCREWDRIVERS, IN CLASS 8 (U.S. CL. 23).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: OPHTHALMIC PRODUCTS AND AC-CESSORIES; NAMELY, CORDS FOR USE ON SUNGLASSES, SHOOTING GLASSES, EYE-GLASSES, SPECTACLES AND GOGGLES, IN CLASS 9 (U.S. CL. 26).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL. 21).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: COIN HOLDERS , IN CLASS 16 (U.S. CL. 37).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: UMBRELLAS AND BAGS; NAMELY, TOTE, DUFFLE AND ALL PURPOSE SPORTS BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: ALL PURPOSE PORTABLE HOUSE-HOLD CONTAINERS AND FOR CLOTHS FOR CLEANING OPTHALMIC PRODUCTS, IN CLASS 21 (U.S. CLS. 2 AND 29).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: CLOTHING AND HEADGEAR; NAMELY, HATS AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: SPORTS BALLS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
OWNER OF U.S. REG. NOS. 361.875, 1,517,253 AND OTHERS.
SER. NO. 74-173,643, FILED 6-6-1991.
LAURA SMITH, EXAMINING ATTORNEY

  

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

**Serial #:** 74173643    **Filing Dt:** 06/06/1991    **Reg #:** 1726955    **Reg. Dt:** 10/27/1992
**Registrant:** BAUSCH & LOMB INCORPORATED
**Mark:** RAY-BAN

## Assignment: 1

**Reel/Frame:** 2035/0187    **Recorded:** 02/04/2000    **Pages:** 10

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BAUSCH & LOMB INCORPORATED    **Exec Dt:** 11/15/1999
                                            **Entity Type:** CORPORATION
                                            **Citizenship:** NEW YORK

**Assignee:** LUXOTTICA LEASING S.P.A.    **Entity Type:** CORPORATION
VIA VALCOZZENA                            **Citizenship:** ITALY
AGORDO (BELLUNO), ITALY 32021

**Correspondent:** ARENT FOX KINTNER PLOTKIN & KAHN, PLLC
MICHAEL A. GROW
1050 CONNECTICUT AVE., NW
WASHINGTON, DC 20036

## Assignment: 2

**Reel/Frame:** 3155/0893    **Recorded:** 04/29/2005    **Pages:** 8

**Conveyance:** NUNC PRO TUNC ASSIGNMENT

**Assignor:** LUXOTTICA LEASING S.R.L.    **Exec Dt:** 02/28/2005
                                          **Entity Type:** LIMITED LIABILITY CO
                                          **Citizenship:** ITALY

**Assignee:** KILLER LOOP EYEWEAR S.R.L.    **Entity Type:** LIMITED LIABILITY CO
VIA VALCOZZENA 10                           **Citizenship:** ITALY
AGORDO (BL), ITALY 32021

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 3

**Reel/Frame:** 3205/0429    **Recorded:** 10/06/2005    **Pages:** 6

**Conveyance:** CHANGE IN LEGAL STATUS

**Assignor:** KILLER LOOP EYEWEAR S.R.L.    **Exec Dt:** 02/28/2005
                                            **Entity Type:** LIMITED LIABILITY CO
                                            **Citizenship:** NONE

**Assignee:** KILLER LOOP EYEWEAR S.P.A.    **Entity Type:** UNKNOWN
VIA VALCOZZENA 10                           **Citizenship:** NONE
AGORDO (BL), ITALY 32021

**Correspondent:** MICHAEL A. GROW
ARENT FOX PLLC
1050 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

## Assignment: 4

**Reel/Frame:** 3230/0499    **Recorded:** 01/19/2006    **Pages:** 11

**Conveyance:** MERGER

**Assignor:** KILLER LOOP EYEWEAR S.P.A.

    **Exec Dt:** 09/16/2005
    **Entity Type:** CORPORATION
    **Citizenship:** ITALY

**Assignee:** LUXOTTICA S.R.L.
    **Entity Type:** LIMITED LIABILITY COMPANY
    VIA VALCOZZENA, 10
    **Citizenship:** ITALY
    32021 AGORDO (BL), ITALY

**Correspondent:** MICHAEL A. GROW
    1050 CONNECTICUT AVENUE, NW
    WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW
    1050 CONNECTICUT AVENUE, NW
    WASHINGTON, DC 20036

## Assignment: 5

**Reel/Frame:** 3695/0294      **Recorded:** 01/14/2008      **Pages:** 9

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** LUXOTTICA S.R.L.

    **Exec Dt:** 12/20/2007
    **Entity Type:** LIMITED LIABILITY COMPANY
    **Citizenship:** ITALY

**Assignee:** LUXOTTICA GROUP S.P.A.
    **Entity Type:** CORPORATION
    VIA CESARE CANTU, 2
    **Citizenship:** NONE
    20123 MILAN (MI), ITALY

**Correspondent:** MICHAEL A. GROW
    1050 CONNECTICUT AVENUE, NW
    WASHINGTON, DC 20036

**Domestic rep:** MICHAEL A. GROW
    1050 CONNECTICUT AVENUE, NW
    WASHINGTON, DC 20036

Search Results as of: 06/19/2015 11:29 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,522,603

Registered Oct. 21, 2008

## TRADEMARK
## PRINCIPAL REGISTER



LUXOTTICA S.R.L. (ITALY LIMITED LIABILITY COMPANY)

VIA VALCOZZENA, 10

32021 AGORDO (BL), ITALY

FOR: SUNGLASSES, EYEGLASSES, LENSES FOR EYEGLASSES, EYEGLASSES FRAMES, CASES FOR EYEGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-27-1999; IN COMMERCE 6-27-1999.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. BO2006C00012, FILED 1-31-2006.

OWNER OF U.S. REG. NOS. 361,875, 1,093,658, AND OTHERS.

THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "RAY-BAN" IN STYLIZED WHITE LETTERING ON A RED BACKGROUND RECTANGLE.

SN 78-843,120, FILED 3-22-2006.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**
 **Serial #:** 78843120          **Filing Dt:** 03/22/2006          **Reg #:** 3522603          **Reg. Dt:** 10/21/2008
 **Registrant:** Luxottica S.r.l.
 **Mark:** RAY-BAN

**Assignment: 1**
 **Reel/Frame:** 3893/0674                **Recorded:** 11/26/2008                            **Pages:** 3

 **Conveyance:** ASSIGNS THE ENTIRE INTEREST
 **Assignor:** LUXOTTICA S.R.L.                                    **Exec Dt:** 11/24/2008
                                                                  **Entity Type:** LIMITED LIABILITY COMPANY
                                                                  **Citizenship:** ITALY

 **Assignee:** LUXOTTICA GROUP S.P.A.                  **Entity Type:** CORPORATION
           VIA CESARE CANTU, 2                         **Citizenship:** ITALY
           MILAN, ITALY 20123
 **Correspondent:** MICHAEL A. GROW
               1050 CONNECTICUT AVENUE NW
               WASHINGTON, DC 20036
 **Domestic rep:** MICHAEL A. GROW
               1050 CONNECTICUT AVENUE NW
               WASHINGTON, DC 20036

**Assignment: 2**
 **Reel/Frame:** 3972/0361                **Recorded:** 04/17/2009                            **Pages:** 8

 **Conveyance:** LICENSE
 **Assignor:** LUXOTTICA GROUP S.P.A.                              **Exec Dt:** 12/03/2008
                                                                  **Entity Type:** CORPORATION
                                                                  **Citizenship:** ITALY

 **Assignee:** LUXOTTICA S.R.L.                        **Entity Type:** LIMITED LIABILITY COMPANY
           VIA VALCOZZENA 10                           **Citizenship:** ITALY
           32021 AGORDO BL, ITALY
 **Correspondent:** MICHAEL A. GROW
               1050 CONNECTICUT AVENUE, NW
               ARENT FOX LLP
               WASHINGTON, DC 20036
 **Domestic rep:** MICHAEL A. GROW
               1050 CONNECTICUT AVENUE, NW
               ARENT FOX LLP
               WASHINGTON, DC 20036

Search Results as of: 06/19/2015 11:34 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web Interface last modified: July 25, 2014 v.2.5

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# Exhibit B



Photograph of sample Ray Ban merchandise purchased by
Phoenix's undercover agent from business located inside
Greenbriar Discount Mall, from the right side entrance, the first
aisle, fourth business on the right for $20.00 on Monday, March
30, 2015.



Photograph of sample Ray Ban merchandise purchased by
Phoenix's undercover agent from business located inside
Greenbriar Discount Mall, on aisle C, second business on left,
for $20.00 on Monday, March 30, 2015.



Photograph of sample Ray Ban merchandise purchased by
Phoenix's undercover agent from business located inside
Greenbriar Discount Mall, on aisle C, second business found
selling counterfeit Ray Ban on aisle, for $20.00 on Monday,
March 30, 2015.



Photograph of sample Ray Ban merchandise purchased by
Phoenix's undercover agent from business located inside
Greenbriar Discount Mall on the back aisle identified as being
M.J. Fashions, for $20.00 on Monday, March 30, 2015.

Photograph #1                                    Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Three sample pairs of counterfeit Ray-Ban sunglasses purchased from two individual businesses at Greenbriar Discount Mall on April 23, 2015.

Photograph #2                              Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



First sample pair of sunglasses bearing Ray-Ban tradename that were purchased for $15.00 from first of two businesses identified as selling merchandise suspected of being counterfeit at Greenbriar Discount Mall on April 23, 2015.

Photograph #3                                Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Side view of first sample pair of sunglasses bearing Ray-Ban tradename purchased from first of
two businesses identified as selling counterfeit Ray-Ban merchandise at Greenbriar Discount
Mall on April 23, 2015.

Photograph #4                                          Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside right temple of first sample pair of sunglasses bearing Ray-Ban tradename purchased from
first of two businesses identified as selling counterfeit Ray-Ban merchandise at Greenbriar
Discount Mall on April 23, 2015.

Photograph #5                           Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside of nose pads of sample pair of sunglasses bearing Ray-Ban tradename purchased from
second of two businesses identified as selling counterfeit merchandise at Greenbriar Discount
Mall on April 23, 2015.

Photograph #6                                  Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Second of two sample pair of sunglasses bearing Ray-Ban tradename that were purchased for
$10.00 from first of two businesses identified as selling merchandise suspected of being
counterfeit at Greenbriar Discount Mall on April 23, 2015.

Photograph #7                                    Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Brand sticker placed on left lens as well as RB logo at top left corner of left lens of second of
two sample pair of sunglasses bearing Ray-Ban tradename that were purchased for $10.00 from
first of two businesses identified as selling merchandise suspected of being counterfeit at
Greenbriar Discount Mall on April 23, 2015.

Photograph #8                          Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Ray-Ban's tradename placed on top right corner of right lens on second of two sample pair of
sunglasses bearing Ray-Ban tradename that were purchased for $10.00 from first of two
businesses identified as selling merchandise suspected of being counterfeit at Greenbriar
Discount Mall on April 23, 2015.

Photograph #9                          Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside of right temple on second of two sample pair of sunglasses bearing Ray-Ban tradename
that were purchased for $10.00 from first of two businesses identified as selling merchandise
suspected of being counterfeit at Greenbriar Discount Mall on April 23, 2015.

Photograph #10                          Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside of left temple on second of two sample pair of sunglasses bearing Ray-Ban tradename that
were purchased for $10.00 from first of two businesses identified as selling merchandise
suspected of being counterfeit at Greenbriar Discount Mall on April 23, 2015.

Photograph #10                          Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside of nose pads on second of two sample pair of sunglasses bearing Ray-Ban tradename that
were purchased for $10.00 from first of two businesses identified as selling merchandise
suspected of being counterfeit at Greenbriar Discount Mall on April 23, 2015.

Photograph #11                    Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Sample pair of sunglasses bearing Ray-Ban tradename purchased from second of two businesses identified as selling counterfeit Ray-Ban merchandise at Greenbriar Discount Mall on April 23, 2015.

Photograph #12                          Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Side view of sample pair of sunglasses bearing Ray-Ban tradename purchased from second of two businesses identified as selling counterfeit Ray-Ban merchandise at Greenbriar Discount Mall on April 23, 2015.

Photograph #13                                    Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside right temple of sample pair of sunglasses bearing Ray-Ban tradename purchased from second of two businesses identified as selling counterfeit merchandise at Greenbriar Discount Mall on April 23, 2015.

Photograph #14                                     Case Name:  Luxottica Atlanta Sweep
Date Taken:  April 23, 2015



Inside of left temple of sample pair of sunglasses bearing Ray-Ban tradename purchased from second of two businesses identified as selling counterfeit merchandise at Greenbriar Discount Mall on April 23, 2015.

